IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., Plaintiffs, | Case No. 1:13-cv-3075 |
| v. | The Honorable Joan B. Gottschall |
| POSITEC USA, INC. and RW DIRECT, INC., Defendants. | Magistrate Judge Maria Valdez |

**MODIFIED SCHEDULING ORDER**

In accordance with the November 9, 2016, minute order (Dkt. 52), the parties submitted the following proposed modified schedule for this case. The proposed schedule submitted to the court included the signature of counsel of record for all parties, indicating that all parties have agreed to the proposed schedule.

Therefore, pursuant to Federal Rule of Civil Procedure 16, the court ORDERS that this case proceed according to the following schedule:

| Deadline to/Setting For | Date |
|---|---|
| Lift Stay | Completed |
| Parties' Written Discovery Responses and Supplemental Written Discovery Responses | Completed |
| Substantial Completion of Initial Document Production | Completed |
| Final Infringement, Unenforceability and Invalidity Contentions (LPR 3.1) | Completed |
| Meet and Confer Concerning Whether Claim Construction is Necessary | Completed |
| Final Noninfringement, Enforceability and Validity Contentions (LPR 3.2) | Completed |
| Status Conference | Completed |
| Exchange of Proposed Claim Terms to be Construed along with Proposed Constructions (LPR 4.1) | 11/23/2016 |
| Meet and confer to select 10 terms to be presented to Court for construction (LPR | 11/28/2016 |

| | |
|---|---|
| 4.1b) | |
| Close of Fact Discovery-Initial (LPR 1.3) | 12/14/2016 |
| Opening Claim Construction Brief by party opposing infringement and Joint Appendix (LPR 4.2a & b) | 12/20/2016 |
| Responsive Claim Construction Brief by party claiming infringement (LPR 4.2c) | 1/17/2017 |
| Reply Claim Construction Brief by party opposing infringement (LPR 4.2d) | 1/31/2017 |
| Joint Claim Construction Chart and Status Report (LPR 4.2f) | 2/7/2017 |

In accordance with Local Patent Rule 4.3, the court will determine whether it will hold a claim construction hearing after completion of briefing and will set a schedule if necessary.

Date: November 22, 2016

/s/
Joan B. Gottschall
United States District Judge